Taylor,
 
 Judge.
 

 The jurisdiction of this court cannot be taken away but by express negative words 5 where an appeal is not allowed by law, a
 
 certiorari
 
 is the proper remedy
 
 %
 
 for suppose injustice done in the proceedings either by the court or jury, must the party have no relief against it because he is not allowed an appeal? No,’surely. Ke shall then have such remedy as suits his case ; and a
 
 certiorari
 
 has been used as the proper one for many years back. This
 
 certiorari
 
 was obtained on an affidavit, stating she grounds of requiring a new trial. That is not contradicted by any crocs affidavit, and is to be taken as true £ Therefore let a new trial be granted.